# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ADAM CLARK YOUNG, Defendant. | CR 19-58-BLG-SPW <br><br> **ORDER** |

Pending before the Court is a motion to quash the Writ of Habeas Corpus (*Ad Prosequendum*) Adam Clark Young currently scheduled for June 25, 2019, at 9:00 a.m. (Doc. 17). For good cause shown,

IT IS ORDERED that the Writ of Habeas Corpus (*Ad Prosequendum*) is **QUASHED**.

DATED this 28th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1