IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM CLARK YOUNG,<br><br>Defendant. | CR 19-58-BLG-SPW-1<br><br>**ORDER** |

Defendant appeared before the Court on September 13, 2019, for a hearing on the United States' motion to revoke his pretrial release. Defendant waived a hearing on the alleged violations of the terms and conditions of his release. Therefore, based on the affidavit of PTSO Nickalas Buciuman, the Court finds by clear and convincing evidence that Defendant violated the terms of his release as set forth in the petition. (*See* Doc. 40-2.)

The Court further finds there is no condition or combination of conditions that will assure Defendant will not pose a danger to the safety of any other person or the community. Further, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(2).

Accordingly, IT IS ORDERED that the United States' motion to revoke Defendant's pretrial release is **GRANTED**. Defendant is remanded to the custody of the United States Marshals Service.

DATED this 13st day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge