IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM CLARK YOUNG,<br><br>Defendant. | Case No. CR-19-58-BLG-SPW-1<br><br><br>ORDER TO CONTINUE<br>REVOCATION HEARING |

For the reasons stated on the record,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Monday, September 19, 2022, at 2:30 p.m., is **VACATED** and **RESET** for **Tuesday, September 27, 2022 at 1:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __19th__ day of September, 2022.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE